# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ROSE M. SALYER, | : | |
| Plaintiff, | : | Case No. 3:11-cv-265 |
| | : | District Judge Thomas M. Rose |
| -vs- | | Magistrate Judge Michael J. Newman |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | | |
| | : | |
| Defendant. | | |

## ORDER REGARDING SERVICE OF PROCESS

This action was filed July 28, 2011. As of the date of this Order, no process has issued. Plaintiff is reminded that Fed. R. Civ. P. 4(m) requires the Court to dismiss an action in which service is not made within 120 days of filing the Complaint. Plaintiff's time for filing proof of service or waiver expires November 25, 2011. Unless proof of service, or a waiver, is filed by that date, the Court will dismiss this action for lack of service of process.

Plaintiff is also advised that she can obtain issuance of the summons by presenting the completed summons to the Clerk for issuance.

September 27, 2011                                   s/ **Michael J. Newman**
                                                     United States Magistrate Judge